## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **FEDERAL REPUBLIC OF NIGERIA** | ) | |
| **a Foreign State,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) **CASE NO.: 2:21-CV-572-ECM** | |
| | ) | |
| **QUINTON T. ROSS, JR; WILLIAM** | ) | |
| **HOPPER; AND ALONDREA** | ) | |
| **PRITCHETT** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S EXHIBITS LIST

**COMES NOW** Plaintiff, the Federal Republic of Nigeria by and through its

undersigned counsel, and files it Exhibits list as follows:

1. May 24, 2013 letter of Hon. Kingsley Kuku – Statement of financial support

2. June 14, 2013 letter of Hon. Kingsley Kuku – Confirmation of sponsorship.

3. Alabama State University Tuition & Costs and invoices.

4. Alabama State University Invoice.

5. Telex of August 15, 2013.

6. Payment Mandate of August 8, 2013.

7. January 26, 2015 and January 27, 2015 Memorandum of Leon C. Wilson.

8. July 1, 2015 letter of Julian L. McPhillips to Leon Wilson.

9.  February 27, 2015 Memorandum of Siarra J. Strother.

1

10. April 10, 2015 letter of Prof. David Iyegha to Gwendolyn Boyd.

11. May 14, 2015 letter of OSAPND Students to Hon. Kingsley Kuku.

12. May 15, 2015 letter of Hon. Kingsley Kuku to Gwendolyn Boyd.

13. May 26, 2015 letter of Eugen Abes to Leon Wilson.

14. June 8, 2015 letter of Pro. David Iyegha to Leon Wilson.

15. Alabama State University 2016-2017 Residence Hall Per Semester Rates.

16. November 24, 2015 letter of Julian L. McPhillips to Gwendolyn Boyd and Leon Wilson.

17. May 10, 2016 letter of Julian L. McPhillips to Kenneth Thomas.

18. June 3, 2016 letter of OSAPND Students to President Muhammadu Buhari.

19. October 3, 2017 letter of R. U. Brown to Leon C. Wilson.

20. Alabama State Motion to Dismiss of September 19, 2016.

21. July 15, 2016 letter of Joseph Gargadi to Gwen Boyd.

22. Analysis of residual funds from prior (2013-2014) year used to defray the cost of subsequent (2014-2015) year.

23. January 27, 2015 memorandum of Eugene Abels to Leon C. Wilson.

24. January 26, 2015 memorandum of Sarita J. Strother to Leon Wilson and February 27, 2015 memorandum of Sarita J. Strother to Hon. Kingsley Kuku.

25. August 7, 2017 letter of R.U. Brown to Leon Wilson.

26. August 22, 2017 letter of Kenneth Thomas to R.U. Brown.

27. September 13, 2017 letter of Kenneth Thomas to R.U. Brown.

28. August 22, 2017 Court Order of Hon. Judge Keith Starrett.

29. July 23, 2018 Court Order of Hon. Judge Keith Starrett.

30. July 23, 2018 Court Order of Hon. Judge Keith Starrett.

31. February 24, 2021 letter of Anthony Ifediba to Kenneth Thomas.

32. March 4, 2021 letter of Kenneth Thomas to Anthony Ifediba.

33. July 18, 2018 letter of Leah Chege to Kenneth L. Thomas, Ramanada Jones and

Joi C. Scott.

34. Deposition of Quintin Ross.

35. Deposition of William Hopper.

36. Deposition of Alondria Pritchett.

37. Deposition of Chika Nsirim.

38. Deposition of Oyintarela Umeri.

39. Deposition of Dagogo Karibi-Whyte.

40. Deposition of Wilfred Musa.

41. May 3, 2018 Memorandum of Opinion and Court Order of Hon. Judge Keith

Starrett.

42. Any pleading filed in this case.

43. Any discovery responses filed in this case.

44. Any exhibit attached to a pleading filed in this case.

45. Any exhibit attached to any deposition taken in this case.

46. Any exhibit needed for demonstrative purpose.

47. Any exhibit needed for rebuttal.

48. Any exhibit needed for the impeachment of a witness.

49. Any exhibit listed by the Defendant.

50. Any exhibit/document mentioned in the pleading or depositions in this case.

51. Plaintiff reserves the right to amend this exhibit list at any time prior to the trial

of this matter.


Respectfully submitted,

/s/ Anthony Ifediba
Anthony Ifediba (IFE-001)
*Attorney for the Plaintiffs*

OF COUNSEL:
**IFEDIBA LAW GROUP, PC**
1220 16TH ST S
Birmingham, Alabama 35205
(205) 933-1515 Phone
(205) 933-5959 Fax
E-mail: aifediba@ifedibalaw.com

## CERTIFICATE OF SERVICE

I hereby certify a copy of this has been served upon the following by the United States mail, first class postage prepaid and properly addressed, by facsimile, email or by Electronic Filing on this the 9th day of October 5, 2023.

Service to the following by electronic mail:

Kenneth Thomas

Ramadanah Salaam-Jones
Alabama State University
Office of General Counsel
Alabama State University
P.O. Box 271
Montgomery, AL 36101
*Attorneys for the Defendants*

/s/ Anthony Ifediba
Of Counsel